IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION AND APPLIED BIOSYSTEMS, LLC,<br><br>        Plaintiffs,<br>v.<br>ILLUMINA, INC.,<br><br>        Defendant. | C.A. No. 10-433-LPS |

## PLAINTIFFS' REPLY TO COUNTERCLAIMS

Plaintiffs Cornell University, Cornell Research Foundation, Inc., Life Technologies Corporation and Applied Biosystems, LLC (collectively, "Plaintiffs") reply to the Counterclaim for Declaratory Judgment of Illumina, Inc. ("Illumina") as follows:

### PARTIES

1. The allegations of paragraph 1 are admitted.

2. The allegations of paragraph 2 are admitted.

3. The allegations of paragraph 3 are admitted.

4. The allegations of paragraph 4 are admitted.

5. The allegations of paragraph 5 are admitted.

6. The allegations of paragraph 6 are admitted.

7. The allegations of paragraph 7 are admitted.

8. The allegations of paragraph 8 are admitted.

9. The allegations of paragraph 9 are denied.

10. The allegations of paragraph 10 are denied.

11. The allegations of paragraph 11 are admitted.

## JURISDICTION AND VENUE

12. The allegations of paragraph 12 are admitted.

13. The allegations of paragraph 13 are admitted.

14. In response to the allegations of paragraph 14, Plaintiffs admit that venue is proper in this District under 28 U.S.C. §§ 1391 and 1400(b). Plaintiffs deny the remaining allegations in paragraph 14.

## COUNT I

## DECLARATORY JUDGMENT OF INVALIDITY

15. Plaintiffs reincorporate their responses to paragraphs 1-14.

16. The allegations of paragraph 16 are admitted.

17. Plaintiffs admit the allegations of paragraph 17, but deny that Illumina is entitled to the relief requested.

18. The allegations of paragraph 18 are denied.

## COUNT II

## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

19. Plaintiffs reincorporate their responses to paragraphs 1-18.

20. Plaintiffs admit the allegations of paragraph 20, but deny that Illumina is entitled to the relief requested.

21. The allegations of paragraph 21 are denied.

YCST01:10152189.1    068713.1003

## DEFENSES

### First Affirmative Defense

Plaintiffs deny each and every allegation of the Counterclaim not specifically admitted.

### Second Affirmative Defense

Illumina's counterclaims fail to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Accordingly, Plaintiffs request the following relief:

1. A judgment dismissing Illumina's counterclaims with prejudice;

2. Pursuant to 35 U.S.C. § 285, an award of Plaintiffs' costs and attorneys' fees incurred in defending against Illumina's counterclaims in this action; and

3. An order granting such other and further relief as this Court deems just and proper.

DATED: September 13, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*

Adam W. Poff (No. 3390)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

OF COUNSEL:

Francis M. Wikstrom (UT Bar 3462)
Kristine E. Johnson (UT Bar 7190)
Parsons Behle & Latimer
201 South Main, #1800
Salt Lake City, UT 84111
(801) 532-1234
fwikstrom@parsonsbehle.com
kjohnson@parsonsbehle.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 13, 2010, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire
>Lauren E. Maguie, Esquire
>Caroline Hong, Esquire
>Ashby & Geddes
>500 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899
>*sbalick@ashby-geddes.com*
>*lmaguire@ashby-geddes.com*
>*amayo@ashby-geddes.com*

I further certify that on September 13, 2010, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants:

>David G. Hanson, Esquire
>Amy L. Lindner, Esquire
>Reinhart Boerner Van Deuren
>1000 North Water Street, Suite 2100
>Milwaukee, WI 53202
>(414) 298-1000

>YOUNG CONAWAY STARGATT
>& TAYLOR, LLP
>
>/s/ *Karen E. Keller*
>John W. Shaw (No. 3362)
>Adam W. Poff (No. 3990)
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street
>Wilmington, Delaware 19899-0391
>(302) 571-6600
>*kkeller@ycst.com*
>
>*Attorney for Plaintiffs*