IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS, LLC,<br><br>      Plaintiffs,<br><br>    v.<br><br>ILLUMINA, INC.,<br><br>      Defendant. | C.A. No. 10-433-LPS |

## MOTION FOR BIFURCATION AND STAY UNDER FED. R. CIV. P. 42(b)

Defendant Illumina, Inc. respectfully moves this Court for an Order pursuant to Federal Rule of Civil Procedure 42(b) bifurcating the covenant issue and staying discovery not related to the covenant issue. In support of this motion, Illumina submits an accompanying Opening Brief in Support of Motion for Bifurcation and Stay Under FRCP 42(b).

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

Steven J. Balick (I.D. #2114)
Lauren E. Maguie (I.D. #4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

David G. Hanson
Amy L. Lindner
Reinhart Boerner Van Deuren, s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI 53202
(414) 298-1000

Dated: February 1, 2011

{00479067;v1}

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I hereby certify that the subject of the attached motion has been raised with plaintiffs Life Technologies Corporation and Applied Biosystems, LLC's counsel, and that no agreement could be reached regarding the requested relief.

/s/ *Lauren E. Maguire*

Lauren E. Maguire