IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS, LLC, ) ) ) ) | |
| Plaintiffs, ) ) | C.A. No. 10-433-LPS |
| v. ) ) | |
| ILLUMINA, INC., ) ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, subject to the approval of the Court, that the deadline by which plaintiffs Cornell University, Cornell Research Foundation, Inc., Life Technologies Corporation and Applied Biosystems, LLC must file and serve their answering brief in opposition to defendant Illumina, Inc.'s Motion for Bifurcation and Stay Under FRCP 42(b) is extended through and including February 22, 2011.

YOUNG, CONAWAY, STARGATT & TAYLOR

*/s/ Karen E. Keller*
_____
Karen Elizabeth Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiffs*

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Caroline Hong (I.D. #5189)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
chong@ashby-geddeds.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge

{00488718;v1}