IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION AND APPLIED BIOSYSTEMS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>    Defendant. | C.A. No. 10-433-LPS |

**JOINT STIPULATION AND PROPOSED ORDER**
**TO AMEND THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that:

1. The date provided in paragraph 3(b) of the Scheduling Order (D.I. 32) for the substantial completion of document production is extended from July 8, 2011, to September 2, 2011.

2. The date provided in paragraph 10 of the Scheduling Order (D.I. 32) for the exchange of claim term(s)/phrase(s) that the parties believe need construction and their proposed claim construction of those term(s)/phrase(s) is extended from April 29, 2011, to September 23, 2011.

3. The date provided in paragraph 10 of the Scheduling Order (D.I. 32) for the parties to file a Joint Claim Construction Chart is extended from June 24, 2011, to October 7, 2011.

4. The date provided in paragraph 11 of the Scheduling Order (D.I. 32) for the parties to file their opening briefs on claim construction issues is extended from July 22, 2011, to October 28, 2011.

5. The date provided in paragraph 11 of the Scheduling Order (D.I. 32) for the parties to file their answering/responsive briefs on claim construction issues is extended from August 19, 2011, to November 18, 2011.

6. The date provided in paragraph 9 of the Scheduling Order (D.I. 32) for the parties to file their DVD tutorials is extended from July 22, 2011, to November 18, 2011.

7. The date provided in paragraph 12 of the Scheduling Order (D.I. 32) for the argument on claim construction is extended from September 7, 2011 at 10:00 a.m. to _____ at ___:___ a.m./p.m.

All other dates in the Scheduling Order (D.I. 32) remain in full order and effect.

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
| /s/ Karen E. Keller | /s/ Lauren E. Maguire |
| Adam W. Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>kkkeller@ycst.com | Steven J. Balick (#2114)<br>Lauren E. Maguire (#4261)<br>Caroline Hong (#5189)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box. 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>chong@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge