IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION AND APPLIED BIOSYSTEMS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ILLUMINA, INC., <br><br> Defendant. | C.A. No. 10-433-LPS |

**JOINT STIPULATION AND PROPOSED ORDER
TO AMEND THE SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that:

1. The date provided in paragraph 2 of the Scheduling Order (D.I. 32) for joinder of other parties and amendment of the pleadings is extended and as modified by the Joint Stipulations and Proposed Order to Amend the Scheduling Order (D.I. 59 and 60) is further extended to August 19, 2011.

All other dates in the Scheduling Order (D.I. 32) as modified by the Joint Stipulation and Proposed Order to Amend the Scheduling Order (D.I. 55) remain in full order and effect.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ASHBY & GEDDES |
|---|---|
| */s/ Karen E. Keller* | */s/ Lauren E. Maguire* |
| Adam W. Poff (#3990)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>kkkeller@ycst.com | Steven J. Balick (#2114)<br>Tiffany Geyer Lydon (#3950)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box. 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>lmaguire@ashby-geddes.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge