IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>Defendant. | C.A. No. 10-433-LPS-MPT |

### DEFENDANT ILLUMINA, INC.'S
### MOTION FOR SUMMARY JUDGMENT

Defendant Illumina, Inc. hereby respectfully moves for summary judgment that: 1) the present suit is barred by the covenant not to sue; 2) Cornell University, Cornell Research Foundation, Inc. and Applied Biosystems, LLC lack standing to bring this suit; and 3) the covenant not to sue applies to bar Plaintiffs' infringement claims . The grounds for this motion are fully set forth in Defendant Illumina, Inc.'s Opening Brief in Support of its Motion for Summary Judgment, filed contemporaneously herewith.

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

---

Steven J. Balick (I.D. #2114)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

*Of Counsel:*

David G. Hanson
Jessica Hutson Polakowski
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI  53202
(414) 298-1000

Dated:  July 25, 2012