IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>ILLUMINA, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 10-433-LPS-MPT<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON
<u>DEFENDANT'S COVENANT NOT TO SUE DEFENSE</u>**

  Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs Cornell University, Cornell Research Foundation, Inc., Life Technologies Corporation, and Applied Biosystems, LLC (collectively, "Plaintiffs") respectfully move for summary judgment against Defendant Illumina, Inc. ("Illumina") on Illumina's covenant not to sue defense.

  The grounds for this motion are fully set forth in Plaintiffs' opening brief in support of this motion, and a proposed order is attached hereto.

                  SHAW KELLER LLP

OF COUNSEL:
Francis M. Wikstrom
Kristine E. Johnson
PARSONS BEHLE & LATIMER
201 South Main, #1800
Salt Lake City, UT 84111
(801) 532-1234
*Attorneys for Plaintiffs*

            */s/ John W. Shaw*
            John W. Shaw (No. 3362)
            Karen E. Keller (No. 4489)
            David M. Fry (No. 5486)
            300 Delaware Avenue, Suite 1120
            Wilmington, DE 19801
            (302) 298-0700
            kkeller@shawkeller.com
            *Attorneys for Plaintiffs*

Rip Finst
LIFE TECHNOLOGIES CORPORATION
5791 Van Allen Way
Carlsbad, CA 92008
(760) 603-7200
*Attorney for Plaintiffs Life Technologies Corp.*
  *& Applied Biosystems, LLC*

Dated:  August 8, 2012