IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>           Plaintiffs,<br><br>    v.<br><br>ILLUMINA, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 10-433-LPS-MPT<br>)<br>)<br>)<br>) |

## JOINT STIPULATION AND PROPOSED ORDER
## TO AMEND THE SCHEDULING ORDER AND AMEND THE COMPLAINT

WHEREAS, Plaintiffs have filed a Motion for Leave to File a Second Amended Complaint to add four additional patents (D.I. 260) (the "Motion to Amend"); and

WHEREAS, Defendant does not oppose the motion so long as the case schedule is modified as proposed herein to provide the time needed to adequately prepare the case with the additional patents; and

WHEREAS, Plaintiffs do not oppose the proposed modifications to the case schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, and subject to the approval and order of the Court, as follows:

1.    The scheduling order is modified as reflected in the below chart of current and proposed new deadlines.

| Case Event | Current Date | Proposed Date |
|---|---|---|
| **Defendant's Supplemental Initial Invalidity Contentions and Initial Non-Infringement Contentions** | March 27, 2015 | March 27, 2015 (for the '470, '434, '039, '865, '285, '858, '453, '746, '747, and '233 Patents and for the '917 Patent as to invalidity and non- infringement of the products for which infringement contentions were served by Plaintiffs on February 27, 2015)<br><br>June 26, 2015 (for the '521, '891, '016, and '928 Patents and the '917 Patent as to non-infringement of the products for which infringement contentions were served by Plaintiffs on February 27, 2015) |
| **Motions to Join or Amend Pleadings** | March 27, 2015 | June 25, 2015 |
| **Plaintiffs' Initial Validity Contentions, Including Their Initial Contentions on Secondary Considerations of Non-Obviousness** | April 24, 2015 | April 24, 2015 (for the '470, '434, '039, '865, '285, '858, '453, '746, '747,'233 and'917 Patents)<br><br>July 24, 2015 (for the '521, '891, '016, and '928 Patents) |
| **Claim Term and Proposed Construction Exchange** | April 24, 2015 | July 27, 2015 |
| **Joint Claim Chart** | May 15, 2015 | August 14, 2015 |
| **Status Conference (Narrowing of Claims and References)** | May 20, 2015 at 11:00 a.m. | **August \_\_\_\_\_, 2015 at _____ \_\_.m.** |

2

| Case Event | Current Date | Proposed Date |
|---|---|---|
| **Rule 26(a)(1) Amended Initial Disclosures (if Any)** | May 25, 2015 | June 24, 2015 |
| **Substantial Completion of Document Production** | May 25, 2015 | June 24, 2015 |
| **Supplementations Under Rule 26(e)(1)** | June 24, 2015 | July 27, 2015 |
| **Fact Discovery Cutoff** | July 24, 2015 | August 24, 2015 |
| **Opening *Markman* Brief** | August 14, 2015 | November 13, 2015 |
| **Tutorial** | August 24, 2015 | November 23, 2015 |
| **Responsive *Markman* Brief** | September 4, 2015 | December 4, 2015 |
| **Letter Briefs Responding to Tutorial** | September 14, 2015 | December 14, 2015 |
| **Reply *Markman* Brief** | September 18, 2015 | December 18, 2015 |
| **File Joint Claim Construction Brief** | October 2, 2014 | 12 days before *Markman* hearing |
| ***Markman* Hearing** | October 14, 2015 at 9:00 a.m. | **January \_\_\_\_\_, 2016 at _____ \_\_.m.** |
| **Opening Expert Reports (Issues with Burden of Proof)** | April 29, 2016 | July 29, 2016 |
| **Rebuttal Expert Reports** | May 27, 2016 | August 26, 2016 |

3

| Case Event | Current Date | Proposed Date |
|---|---|---|
| **Final Supplementations Under Rule 26(e)(1) to Incorporate the Court's *Markman* rulings** | May 27, 2016 | August 26, 2016 |
| **Interim Status Report** | June 3, 2016 | 7 days before the status conference |
| **Status Conference** | June 10, 2016 at 1:00 p.m. | **September \_\_\_\_\_, 2016 at _____ \_\_.m.** |
| **Supplemental Reports (Secondary Considerations)** | June 17, 2016 | September 16, 2016 |
| **Rebuttal Reports (Secondary Considerations)** | July 15, 2016 | October 14, 2016 |
| **Expert Discovery Cutoff** | August 5, 2016 | November 4, 2016 |
| **Dispositive/*Daubert* Motions** | August 26, 2016 | December 16, 2016 |
| **Answering SJ Briefs/Answering *Daubert* Briefs** | 28 days later | January 13, 2017 |
| **Reply SJ Briefs/Reply *Daubert* Briefs** | 14 days later | January 27, 2017 |
| **Opening Motions *in Limine*** | March 9, 2017 | 22 days before the pretrial conference |
| **Responsive Motions *in Limine*** | March 14, 2017 | 17 days before the pretrial conference |
| **Reply Motions *in Limine*** | March 17, 2017 | 14 days before the pretrial conference |
| **Pretrial Order** | March 24, 2017 | 7 days before the pretrial conference |

| Case Event | Current Date | Proposed Date |
|---|---|---|
| **Pretrial Conference** | March 31, 2017 at 11:30 a.m. | **June \_\_\_\_\_, 2017 at _____ \_\_.m.** |
| **Trial** | April 10-21, 2017 | **July _____, 2017** |

2. The Motion to Amend is granted, and the proposed Second Amended Complaint attached thereto shall be docketed by the Court. Defendant's answer deadline shall run from the date of docketing.

SHAW KELLER LLP

/s/ Karen E. Keller

John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
David M. Fry (No. 5486)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
dfry@shawkeller.com

*Attorneys for Plaintiffs*

Dated: March 16, 2015

ASHBY & GEDDES

/s/ Steven J. Balick

Steven J. Balick (No. 2114)
Lauren E. Maguire (No. 4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2015.

_____
United States Magistrate Judge

5