IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-433-LPS-MPT |
| v. | ) ) | |
| ILLUMINA, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 11th day of November, 2016,

(1) **REBUTTAL EXPERT REPORT OF DR. SANJAY TYAGI**; (2) **REBUTTAL EXPERT REPORT OF DR. BRUCE WALLACE**; (3) **EXPERT REPORT OF DR. SEMYON KRUGLYAK**; (4) **EXPERT REPORT OF DR. REBECCA BETENSKY**; and (5) **REBUTTAL EXPERT REPORT OF JOHN R. BONE, CPA, CFF** were served upon the following counsel of record at the address and in the manner indicated:

Karen E. Keller, Esquire                                    VIA ELECTRONIC MAIL
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801

Matthew A. Pearson, Esquire                                 VIA ELECTRONIC MAIL
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 Market Street, Suite 4100
Philadelphia, PA  19103

Rachel J. Elsby, Esquire                                    VIA ELECTRONIC MAIL
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC  20036

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

*Of Counsel:*
_____
Steven J. Balick (#2114)

Christopher N. Sipes
Lauren E. Maguire (#4261)
Jay I. Alexander
500 Delaware Avenue, 8th Floor
Roderick R. McKelvie
P.O. Box 1150
Mark E. Gelsinger
Wilmington, DE  19899
Bradley K. Ervin
(302) 654-1888
Brian E. Foster
sbalick@ashby-geddes.com
Matthew Kudzin
lmaguire@ashby-geddes.com
Christopher T. Zirpoli
Jared Frisch
Jeffrey H. Lerner
*Attorneys for Defendant*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

Alexa R. Hansen
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
(415) 591-6000

Dated:  November 11, 2016