IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-433-LPS-MPT |
| v. | ) ) | |
| ILLUMINA, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 6th day of December, 2016,

**SUPPLEMENTAL EXPERT REPORT OF DR. SEMYON KRUGLYAK** and

**SUPPLEMENTAL EXPERT REPORT OF DR. REBECCA BETENSKY** were served upon

the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John W. Shaw, Esquire<br>Karen E. Keller, Esquire<br>David M. Fry, Esquire<br>Shaw Keller LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Matthew A. Pearson, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL |

Rachel J. Elsby, Esquire  
Akin Gump Strauss Hauer & Feld LLP  
Robert S. Strauss Building  
1333 New Hampshire Avenue, NW  
Washington, DC 20036  

<u>VIA ELECTRONIC MAIL</u>

*Of Counsel:*

Christopher N. Sipes  
Jeffrey H. Lerner  
Jay I. Alexander  
Bradley Ervin  
Matthew Kudzin  
Jared Frisch  
Christopher Zirpoli  
COVINGTON & BURLING LLP  
One CityCenter  
850 Tenth Street, NW  
Washington, DC 20001  
(202) 662-6000  

Alexa R. Hansen  
COVINGTON & BURLING LLP  
One Front Street  
San Francisco, CA 94111  
(415) 591-6000  

Dated: December 6, 2016

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____

Steven J. Balick (#2114)  
Lauren E. Maguire (#4261)  
500 Delaware Avenue, 8th Floor  
P.O. Box 1150  
Wilmington, DE 19899  
(302) 654-1888  
sbalick@ashby-geddes.com  
lmaguire@ashby-geddes.com  

*Attorneys for Defendant*