IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 10-433-LPS-MPT |
| ILLUMINA, INC., | ) ) | |
| Defendant. | ) ) ) | |

DECLARATION OF DR. REBECCA BETENSKY IN SUPPORT OF
ILLUMINA'S MOTION FOR SUMMARY JUDGMENT

# PAGES 1-3 OF DECLARATION OF DR. REBECCA BETENSKY IN SUPPORT OF ILLUMINA'S MOTION FOR SUMMARY JUDGMENT ARE REDACTED IN THEIR ENTIRETY

# EXHIBITS 1 AND 2 TO DECLARATION OF DR. REBECCA BETENSKY IN SUPPORT OF ILLUMINA'S MOTION FOR SUMMARY JUDGMENT ARE REDACTED IN THEIR ENTIRETY