IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION, and APPLIED BIOSYSTEMS, LLC,<br><br>   Plaintiffs,<br><br>   v.<br><br>ILLUMINA, INC.<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 10-433 (LPS) (MPT)<br>)<br>)<br>)<br>) |

**LIFE TECHNOLOGIES CORPORATION AND APPLIED BIOSYSTEMS, LLC'S
CROSS-MOTION TO DISMISS OR STAY CORNELL'S
MOTION AND TO COMPEL MEDIATION OR ARBITRATION**

Pursuant to Article 16 of the 2010 New Exclusive License Agreement between Cornell University and Cornell Research Foundation, Inc. (collectively, "Cornell") and Life Technologies Corporation (collectively with its subsidiary Applied Biosystems, Inc., "Life Tech), Life Tech hereby moves to dismiss or stay Cornell's Motion to Vacate Stipulation of Dismissal Pursuant to Rule 60 and To Rescind Settlement Documents for [Alleged] Fraud Or, Alternatively, For Leave to Conduct Discovery (D.I. 602) and to compel mediation or arbitration. The grounds for this motion are set forth in Life Tech's Opening Brief and supporting papers, filed herewith.

- 2 -

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Karen Jacobs*
                                            Jack B. Blumenfeld (#1014)
                                            Karen Jacobs (#2881)
                                            Jeremy A. Tigan (#5239)
                                            1201 North Market Street
                                            P.O. Box 1347
                                            Wilmington, DE 19899
                                            (302) 658-9200
                                            jblumenfeld@mnat.com
                                            kjacobs@mnat.com
                                            jtigan@mnat.com

                                            *Attorneys for Plaintiffs Life Technologies*
                                            *Corporation and Applied Biosystems, LLC*

August 1, 2017
11214630

## **RULE 7.1.1 CERTIFICATION**

I hereby certify that counsel for Life Tech discussed the issues raised in the foregoing motion with counsel for Cornell and the parties were unable to reach agreement.

Dated:  August 1, 2017                           */s/ Karen Jacobs*
                                                                 Karen Jacobs (#2881)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 1, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Steven J. Balick<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE  19899<br>*Attorneys for Illumina, Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher N. Sipes<br>Jeffrey H. Lerner<br>Jay I. Alexander<br>Bradley Ervin<br>Matthew Kudzin<br>Jared Frisch<br>Christopher Zirpoli<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, DC  20001<br>*Attorneys for Illumina, Inc.* | *VIA ELECTRONIC MAIL* |
| Alexa R. Hansen<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA  94111<br>*Attorneys for Illumina, Inc.* | *VIA ELECTRONIC MAIL* |
| Andrew L. Cole<br>LECLAIRRYAN<br>800 North King Street, Suite 303<br>Wilmington, DE  19801<br>*Attorneys for Cornell University and<br>Cornell Research Foundation, Inc.* | *VIA ELECTRONIC MAIL* |

- 2 -

Andrew P. Zappia  *VIA ELECTRONIC MAIL*
LeClairRyan
70 Linden Oaks, Suite 210
Rochester, NY 14625
*Attorneys for Cornell University and
Cornell Research Foundation, Inc.*

           */s/ Karen Jacobs*
           Karen Jacobs (#2881)