IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC., LIFE TECHNOLOGIES CORPORATION AND APPLIED BIOSYSTEMS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>ILLUMINA, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 10-433 (LPS) (MPT)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Cornell University and Cornell Research Foundation, Inc. (collectively "Cornell"), Life Technologies Corporation, Applied Biosystems, LLC, and Illumina, Inc. respectfully submit this Joint Status Report pursuant to the Court's March 29, 2018 Memorandum Order ("March 29 Order"). D.I. 699 at 14.

The parties' joint position is that the Court's March 29 Order overruling Cornell's objections to Judge Thynge's January 19, 2018 Memorandum Order (D.I. 676) and February 5, 2018 Report and Recommendation (D.I. 679) resolved the motions that were pending before the Court. No other issues are presently pending before the Court.

| | |
|---|---|
| LECLAIRRYAN, A Professional Corporation | ASHBY & GEDDES |
| */s/ Andrew L. Cole* | */s/ Steven J. Balick* |
| Andrew L. Cole (#5712)<br>800 North King Street, Suite 303<br>Wilmington, DE 19801<br>(302) 394-6817<br>andrew.cole@leclairryan.com | Steven J. Balick (# 2114)<br>Andrew C. Mayo (# 5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box. 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com |
| OF COUNSEL:<br><br>Andrew P. Zappia<br>LECLAIRRYAN, A Professional Corporation<br>70 Linden Oaks, Suite 210<br>Rochester, NY 14625<br>(585) 270-2100 | OF COUNSEL:<br><br>Christopher N. Sipes<br>Jeffrey H. Lerner<br>Jay I. Alexander<br>Braley Ervin<br>Matthew Kudzin<br>Jared Frisch<br>COVINGTON & BURLING LLP<br>850 10th Street, NW<br>Washington, DC 20001 (202) 662-6000 |
| *Attorneys for Plaintiffs Cornell University and Cornell Research Foundation, Inc.* | |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | |
| */s/ Jeremy A. Tigan* | Alexa Hansen<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>(415) 591-6000 |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>jtigan@mnat.com | *Attorneys for Defendant Illumina, Inc.* |
| *Attorneys for Plaintiffs Life Technologies Corporation and Applied Biosystems, LLC* | |

April 4, 2018
11783079