NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CORNELL UNIVERSITY, CORNELL RESEARCH FOUNDATION, INC.,**
*Plaintiffs - Appellants*

v.

**LIFE TECHNOLOGIES CORPORATION, APPLIED BIOSYSTEMS, LLC,**
*Plaintiffs - Appellees*

v.

**ILLUMINA, INC.,**
*Defendant - Appellee*

_____

18-1902

_____

Appeal from the United States District Court for the District of Delaware in case no. 1:10-cv-00433-LPS-MPT Chief Judge Leonard P. Stark

_____

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

FOR THE COURT

June 14, 2018        /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court

**ISSUED AS A MANDATE:** June 14, 2018